AO 91 ( Rev. 5/85) Criminal Complaint

FILED

MAY 31 2022

# United States District Court

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ mc
DEPUTY CLERK

Western   DISTRICT of   Texas

United States of America
V.

Deysi Berumen Ramos

(Name of Defendant)

Criminal Complaint
Case Number: DR22- M-01268,001

I, the undersigned complainant being sworn state the following is true and correct to the best of my knowledge and belief. On or about May 29, 2022, in Maverick County, in the Western District of Texas, the defendant(s) did, (Track Statutory Language of Offense)

knowingly and willfully make false, fictitious, or fraudulent statements or representations to United States Customs and Border Protection Officers.

in violation of Title __18__ United States Code, Section(s) __1001__.

I further state that I am a(n) _Customs & Border Protection Enforcement Officer_ and that this complaint is based on the following facts:

On May 29, 2022, at the Eagle Pass Port of Entry in Eagle Pass, Texas, the defendant, Deysi Berumen Ramos, did knowingly and willfully make false, fictitious, and fraudulent statements and representations as to material facts to Customs and Border Protection Officers as she attempted to enter the United States by presenting a valid U.S. passport bearing the name Iriana Aidee Martinez and claimed to be that person. The defendant made false statements to Customs and Border Protection Officers about her legal immigration status in her attempt to enter the United States. The defendant does not own or possess any legal documents to enter, reside, or remain in the United States.

Continued on the attached sheet and made a part hereof: ___ Yes _XX_ No

Ethelvina I. Felan         CBPOE
Signature of Complainant

Sworn to before me and subscribed in my presence,

May 31, 2022                    at           Del Rio, Texas
Date                                         City and State

Collis White U.S. Magistrate Judge
Name and Title of Judicial Officer                Signature of Judicial Officer